IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:01CR198 |
| vs. | |
| BUD L. CHRISTENSEN, | DETENTION ORDER PENDING REVOCATION |
| Defendant. | |

The defendant was afforded an opportunity for a hearing, but is currently being held in state custody on related charges, and he agreed to waive his right to a detention hearing. The defendant has therefore failed to meet the burden of showing, by clear and convincing evidence pursuant to 18 U.S.C. § 3143 (a) and Fed. R. Crim. P. Rule 32.1(a)(6), that defendant will appear at court proceedings and will not pose a danger to the safety of any person or the community if released.

Accordingly,
IT IS ORDERED:
1) The defendant shall be returned to state custody for confinement on state charges.
2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

September 5, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge